UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAUL BELLO VARGAS,<br><br>           Petitioner,<br><br>     v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>           Respondents. | NO. C14-988-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. The amended habeas petition and this action are DISMISSED, without prejudice, for failure to prosecute.

3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 17th day of October, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL - 1